IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01305-BNB

KAMAL K.K. ROY,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff initiated this action by submitting to the Court *pro se* a confusing document that he apparently intended to be filed as a pleading in a new civil rights action. In an order filed on June 20, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file the pleading on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's June 20 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 11 day of Aug., 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01305-BNB

Kamal Roy
PO Box 1173
New York, NY 12983

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk